# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America ) | |
| Plaintiff, ) | Case No. 4:23-CR-00251-BCW |
| ) | |
| v. ) | Hon. Wimes |
| ) | |
| Brian Aalbers ) | |
| Defendant. ) | |

## MOTION SEEKING ADDITIONAL TIME

## TO RESPOND WITH OBJECTIONS TO THE PRESENTENCE REPORT

1) Undersigned files this request for additional time to respond to the Presentence Report disseminated December 26, 2024.

2) All parties were put on notice that I would be filing this request.

3) This motion is the first of its kind and it has been filed in good faith.

Respectfully,

*/s/ Gregory Nathaniel Watt*
Gregory N. Watt, Bar No. 26146/60493
The Watt Law Firm/Attorney for Def.
700 Broadway KC, MO 64105
C (913) 433-3849/Ofc. 913 777-8575
Fax: (816) 919-2945
Email: gwatt@kcmetrodefense.com

---

## CERTIFICATE OF SERVICE:

I certify that on this __13__ day of _____Jan._____, 2025 a copy of the above was sent via the CM/ECF system to all interested parties.

*/s/ Gregory Nathaniel Watt, Attorney for Defendant*